AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin



KELLEY E. STARK

*Plaintiff(s)*

v.

Civil Action No. 1:19-cv-00114-WCG

RCS CAPITAL PARTNERS, INC.

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* RCS CAPITAL PARTNERS, INC.
C/O REGISTERED AGENT R
EGISTERED AGENT SOLUTIONS INC
901 S WHITNEY WAY
MADISON, WI 53711

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you receive it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:   Omar T. Sulaiman
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

STEPHEN C. DRIES, CLERK OF COURT

Date: 01/23/2019

s/ Mara A. Corpus

*Signature of Clerk or Deputy Clerk*

# AFFIDAVIT OF SERVICE

**State of Wisconsin**  **County of**  **Circuit Court**

Case Number: 1:19-CV-00114-WCG

Plaintiff:
**Kelley E. Stark**

vs.

Defendant:
**RCS Capital Partners, Inc.**

Received by R.O.S. Consulting, Inc. to be served on **RCS Capital Partners, Inc. c/o Registered Agent Solutions, Inc., 901 S. Whitney Way, Madison, WI 53711**.

I, Gregory Kowal, being duly sworn, depose and say that on the **8th day of February, 2019** at **1:00 pm, I:**

**BUSINESS:** served by delivering a true copy of the **Summons in a Civil Action and Complaint** with the date and hour of service endorsed thereon by me, to: **Matthew Winters** as **Corporate Service Specialist**, a person employed therein and authorized to accept service for **RCS Capital Partners, Inc.** at the address of: **901 S. Whitney Way, Madison, WI 53711**, the within named person's usual place of **Work**, in compliance with State Statutes.

I certify that I am an adult over the age of 18, I am a resident of the State of Wisconsin, and I have no interest in the above action. I also certify that at the time of said service, I endorsed upon the copy so served, the date upon which the same was served, the time, place, manner of service and upon whom service was made and signed my name thereto.

Subscribed and Sworn to before me on the 8th day of February, 2019 by the affiant who is personally known to me.

NOTARY PUBLIC
STATE OF WISCONSIN/ILLINOIS
MY COMMISSION EXPIRES:

Gregory Kowal
Process Server

R.O.S. Consulting, Inc.
23900 Industrial Dr. Suite 3
Plainfield, IL 60585
(866) 767-9100

Our Job Serial Number: GWK-2019000920

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V7.2d

Case 1:19-cv-00114-WCG   Filed 02/13/19   Page 2 of 2   Document 5